| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | JULIEANN BRUMETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-cr-250-CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO RESET |
| | ) | STATUS CONFERENCE DATE |
| v. | ) | |
| | ) | DATE:  January 10, 2019 |
| JULIEANN BRUMMETT, | ) | TIME:  9:30 a.m. |
| | ) | JUDGE:  Hon. Carolyn Delaney |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ERIC J. CHANG, Assistant Federal Defender LINDA C. ALLISON attorney for JULIEANN BRUMMETT, that the Court vacate the current status conference hearing set for January 10, 2019 at 9:30 a.m. and set a new status conference hearing for January 22, 2019 at 9:00 a.m.

The parties anticipate resolving the case by January 22, 2018.  The continuance is requested for availability of the parties and defense preparation.  The parties agree that the above reasons constitute good cause for a continuance.  The parties also agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the

-1-

defendant in a speedy trial, because defense counsel needs additional time for preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

Dated: January 9, 2019

HEATHER E. WILLIAMS
Federal Defender

/s/ *Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Attorney for Defendant
JULIEANN BRUMMETT

Dated: January 9, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ *Linda Allison for*
ERIC J. CHANG
Special Assistant U.S. Attorney

*Approved via email 1/9/2019*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIEANN BRUMMETT,<br><br>Defendant. | NO. 2:18- CR-00250-CKD<br><br>ORDER TO RESET STATUS CONFERENCE DATE |

Finding good cause, the Court orders the current status conference hearing date be vacated and sets a new status conference hearing for January 22, 2019 at 9:00 a.m., before the Hon. Carolyn Delaney; and, excludes time for the reasons set forth above. The Court finds that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 9, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE